**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David J. Nystrom<br>　　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-10825 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Ditech Financial LLC, as authorized Servicer for GreenPoint Manufactured Housing Contract Trust, Pass-Through Certificates, Series 1999-3, as owner and holder of account/contract originated by GREENPOINT CREDIT CORP, as Servicer, and index same on the master mailing list.

             Respectfully submitted,

             **/s/ James C. Warmbrodt, Esquire**
             James C. Warmbrodt, Esquire
             jwarmbrodt@kmllawgroup.com
             Attorney I.D. No. 42524
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106
             Phone: 215-627-1322
             Fax: 215-627-7734
             Attorney for Movant/Applicant