**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David J. Nystrom** | : | Case No. 16−10825−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Ditech Financial LLC | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 3 |
| v. | : | |
| David J. Nystrom | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

**ORDER**

      **AND NOW**, this **26th day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Ditech Financial LLC* at Claim No. 3 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                        Case No. 16-10825-TPA
David J. Nystrom                                                                              Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: gamr    Page 1 of 1    Date Rcvd: May 26, 2017
                  Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
db         +David J. Nystrom,    6295 Jackson Run Road,    Warren, PA 16365-8917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            E-mail/Text: bankruptcy.bnc@ditech.com May 27 2017 00:46:10     Ditech Financial LLC,
     PO Box 6154,    Rapid City, SD  57709-6154
                                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
         Christopher J. Antalics    on behalf of Debtor David J. Nystrom cantalics@nwls.org
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for GreenPoint Manufactured Housing Contract Trust, Pass-Through Certificates, Series 1999-3, as owner and holder of account/contract originated by GREENPO bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
                                                                                                                    TOTAL: 5