FILED
7/20/17 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

> Debtor: David J. Nystrom
> Case Number: 16-10825              Chapter: 13
> Date / Time / Room: July 18, 2017 at 2:00 p.m., Bankruptcy Courtroom
> Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*   #39 - Amended Plan dated 5/30/17 (N)

*Appearances:*   *No one appeared*

   Debtor:
   Trustee:   Winnecour / Bedford / Katz / (Pail)

   Creditor:

*Proceedings:*   *No payments ever*
                *Kovalchik — PA Rev*

   Recommended Outcome:

   1. _____ Case Converted to Chapter 7
   2. _____ Case Converted to Chapter 11
   3. _____ Case Dismissed without Prejudice
   4. _____ Case Dismissed with Prejudice
   5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
   6. _____ The plan payment/term is increased/extended to _____, effective _____.
   7. ___✓___ Plan/Motion continued to *8/16/17* at *12:30*.
   8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
              Objections are due on or before _____.
              A hearing on the Amended Plan is set for _____ at _____.

   9. _____ Other: