FILED
8/10/17 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| David J. Nystrom | ) | Bankruptcy No. 16-10825-TPA |
| Debtor(s). | ) | Chapter 13 |
| | ) | |
| | ) | |
| David J. Nystrom | ) | |
| Movant(s), | ) | Related to Document No. 41 |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent | ) | |

### Order

**AND NOW**, this __10th__ day of __August__, 2017, upon receipt of a **Motion to Continue**, filed at Document No. 41,

It is **ORDERED** that the Contested Hearing is **CONTINUED** and is rescheduled to __13th__ day of __September__, 2017 at __12__ : __00__ p.m. in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

_____  jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-10825-TPA
David J. Nystrom                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz              Page 1 of 1              Date Rcvd: Aug 10, 2017
                              Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.
```
db         +David J. Nystrom,    6295 Jackson Run Road,    Warren, PA 16365-8917
cr         +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
             5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
14282575   +Bon Ton,    PO Box 182789,    Columbus, Ohio 43218-2789
14282578    Ditech Financial LLC,    3000 Baypoint Drive, Suite 880,    Tampa, Florida 33607
14352392    Exigence Medical of Jamestown PLLC,    PO Box 1123,    Minneapolis MN 55440-1123
14282579   +Law Office of Gregory Javardian, LLC,    1310 Industrial Boulevard,    1st Floor, Suite 101,
             Southampton, Pennsylvania 18966-4030
14308284   +Northwest Savings Bank,    PO Box 337,    Warren PA 16365-0337
14297171   +Northwest Savings Bank,    400 Jackson Run Road,    Warren, PA 16365-4706
14282580   +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, Pennsylvania 17104-3425
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/Text: bankruptcy.bnc@ditech.com Aug 11 2017 01:19:46    Ditech Financial LLC,
             PO Box 0049,    Palatine, IL 60055-0001
14282574   +E-mail/Text: banko@berkscredit.com Aug 11 2017 01:19:45    Berks Credit and Collection,
             900 Corporate Drive,    Reading, Pennsylvania 19605-3340
14282576   +E-mail/Text: matthartweg@cbjcredit.com Aug 11 2017 01:20:31    CBJ Credit Recovery,
             117 W 4th St,    Jamestown, New York 14701-5005
14282577    E-mail/Text: nailda@centralcreditaudit.com Aug 11 2017 01:20:42    Central Credit Audit,
             PO Box 735,    Sunbury, Pennsylvania 17801-0735
14351619    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2017 01:21:43
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14307165    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2017 01:19:54
             Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
             Harrisburg P A 17128-0946
14334854    E-mail/Text: bankruptcy.bnc@ditech.com Aug 11 2017 01:19:46
             The Bank of New York Mellon Trust Company, N.A,    c/o Ditech Financial LLC,    PO Box 6154,
             Rapid City, SD 57709-6154
                                                                                             TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Ditech Financial LLC, as authorized servicer for G
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:
```
          Christopher J. Antalics   on behalf of Debtor David J. Nystrom cantalics@nwls.org
          James Warmbrodt    on behalf of Creditor   Ditech Financial LLC, as authorized servicer for
           GreenPoint Manufactured Housing Contract Trust, Pass-Through Certificates, Series 1999-3, as
           owner and holder of account/contract originated by GREENPO bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                             TOTAL: 5
```