Case 16-10825-TPA    Doc 44    Filed 09/13/17    Entered 09/13/17 16:17:21    Desc Main
Document    Page 1 of 1

FILED
9/13/17 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-10825-TPA |
| David J. Nystrom | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 9/13/2017 |
| | : | Time: 12:00 |

## PROCEEDING MEMO

**MATTER:** #39 Contested Amended Plan dated 5/30/2017

**APPEARANCES:**
Debtor: Christopher J. Antalics
Trustee: Owen Katz
Dept. of Revenue: T. Lawrence Palmer (video)

**NOTES:**

Antalics: We are a year in and no payments have been made.

Katz:

**OUTCOME:** Trustee's oral Motion to dismiss w/o prejudice is GRANTED

*[signature]*

jlm