Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David J. Nystrom** | : | Case No. 16−10825−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **13th day of September, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

   (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
```

In re:                                                              Case No. 16-10825-TPA
David J. Nystrom                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar               Page 1 of 1              Date Rcvd: Sep 13, 2017
                              Form ID: 309             Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db           +David J. Nystrom,    6295 Jackson Run Road,    Warren, PA 16365-8917
cr           +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
               5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
14282578      Ditech Financial LLC,    3000 Baypoint Drive, Suite 880,    Tampa, Florida 33607
14352392      Exigence Medical of Jamestown PLLC,    PO Box 1123,   Minneapolis MN 55440-1123
14282579     +Law Office of Gregory Javardian, LLC,    1310 Industrial Boulevard,    1st Floor, Suite 101,
               Southampton, Pennsylvania 18966-4030
14308284     +Northwest Savings Bank,    PO Box 337,   Warren PA 16365-0337
14297171     +Northwest Savings Bank,    400 Jackson Run Road,    Warren, PA 16365-4706
14282580     +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, Pennsylvania 17104-3425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2017 03:24:03     Ditech Financial LLC,
               PO Box 0049,   Palatine, IL 60055-0001
14282574     +E-mail/Text: banko@berkscredit.com Sep 14 2017 03:24:03     Berks Credit and Collection,
               900 Corporate Drive,    Reading, Pennsylvania 19605-3340
14282575     +EDI: WFNNB.COM Sep 14 2017 03:08:00     Bon Ton,   PO Box 182789,    Columbus, Ohio 43218-2789
14282576     +E-mail/Text: matthartweg@cbjcredit.com Sep 14 2017 03:25:26     CBJ Credit Recovery,
               117 W 4th St,   Jamestown, New York 14701-5005
14282577      E-mail/Text: nailda@centralcreditaudit.com Sep 14 2017 03:25:38     Central Credit Audit,
               PO Box 735,   Sunbury, Pennsylvania 17801-0735
14351619      EDI: PRA.COM Sep 14 2017 03:08:00     Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
14307165      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2017 03:24:29
               Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
               Harrisburg P A 17128-0946
14334854      E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2017 03:24:03
               The Bank of New York Mellon Trust Company, N.A,    c/o Ditech Financial LLC,    PO Box 6154,
               Rapid City, SD 57709-6154
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC, as authorized servicer for G
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Christopher J. Antalics    on behalf of Debtor David J. Nystrom cantalics@nwls.org,
               kbrandt@nwls.org
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC, as authorized servicer for
               GreenPoint Manufactured Housing Contract Trust, Pass-Through Certificates, Series 1999-3, as
               owner and holder of account/contract originated by GREENPO bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                             TOTAL: 5
```