```
                                                                    FILED
                                                                    9/13/17 4:14 pm
                                                                    CLERK
                                                                    U.S. BANKRUPTCY
                                                                    COURT - WDPA
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10825-TPA |
| David J. Nystrom | : | Chapter: | 13 |
| *Debtor(s)*. | : | Date: | 9/13/2017 |
| | : | Time: | 12:00 |

## PROCEEDING MEMO

**MATTER:** #39 Contested Amended Plan dated 5/30/2017

**APPEARANCES:**
    Debtor: Christopher J. Antalics
    Trustee: Owen Katz
    Dept. of Revenue: T. Lawrence Palmer (video)

**NOTES:**

Antalics: We are a year in and no payments have been made.

Katz:

**OUTCOME:** Trustee's oral Motion to dismiss w/o prejudice is GRANTED

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-10825-TPA
David J. Nystrom                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 1              Date Rcvd: Sep 13, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db             +David J. Nystrom,    6295 Jackson Run Road,    Warren, PA 16365-8917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Christopher J. Antalics    on behalf of Debtor David J. Nystrom cantalics@nwls.org,
               kbrandt@nwls.org
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
               GreenPoint Manufactured Housing Contract Trust, Pass-Through Certificates, Series 1999-3, as
               owner and holder of account/contract originated by GREENPO bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                             TOTAL: 5